IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | 26 U.S.C. § 7202 |
| v. | ) | |
| | ) | 25cr40016-001 |
| MARTY ALLEN LINVILLE | ) | |

**Information**

The United States Charges:

**INTRODUCTION**

At all times relevant to this Information:

**Parties and Entities**

1. Defendant MARTY ALLEN LINVILLE ("LINVILLE") resided in De Queen, Arkansas, which is within the Western District of Arkansas.

2. Malco Inc. ("Malco") was a corporation doing business in De Queen, Arkansas, which is within the Western District of Arkansas. Malco was engaged in the business of trucking.

3. LINVILLE was the sole owner, officer, shareholder, and operator of Malco.

**Tax Terms**

4. The Internal Revenue Service ("IRS") was an agency of the United States Department of the Treasury responsible for administering the federal tax laws of the United States and collecting taxes owed to the United States.

5. An employer engaged in a trade or business who paid renumeration for services performed by an employee was required to file a Form W-2, Wage and Tax Statement ("Form W-2"), for each employee from whom income, Social Security, or Medicare tax was withheld.

## Employment Tax Withholding

6. Pursuant to the Internal Revenue Code and associated statutes and regulations, employers are required to withhold amounts from their employees' gross pay, including Federal Insurance Contribution Act ("FICA") taxes, which represent Social Security and Medicare taxes, and federal income taxes. These taxes will be referred to in this Information collectively as "trust fund taxes" because employers hold the withheld amounts in trust until paid over to the United States. Employers, with exceptions not applicable here, are required to remit these withheld trust fund amounts to the IRS on a quarterly basis, no later than the last day of month following the end of the quarter.

7. In addition to the trust fund taxes that must be withheld from employees' pay, employers are separately required to make contributions under FICA for Social Security and Medicare in amounts matching the amounts withheld from their employees' pay for those purposes. Such employer contributions are likewise required to be remitted to the IRS no later than the last day of the month following the end of the quarter. Collectively, these five components required to be remitted quarterly are commonly referred to as "employment taxes," made up of the trust fund taxes withheld (individual income, Social Security, and Medicare taxes) and the matching amounts contributed by the employer (Social Security and Medicare taxes).

8. Employers are required to file, one month after the conclusion of the calendar quarter, an Employer's Quarterly Federal Tax Return, Form 941 ("Form 941"), setting forth the total amount of income taxes withheld, the total amount of Social Security and Medicare taxes due, and the total tax deposits.

9. A person is responsible for collecting, accounting for, and paying over the employment taxes if he or she has the authority required to exercise significant control over the employer's financial affairs, regardless of whether the individual exercised such control in fact.

10. LINVILLE exercised control over Malco's financial affairs by, among other acts, handling payroll, signing the weekly payroll checks, and delivering Forms W-2 to employees. Further, Linville alone had signature authority for Malco's business bank account. Thus, he was a responsible person for collecting trust fund taxes, accounting for the employment taxes by filing Forms 941 with the IRS, and paying over to the IRS the employment taxes for Malco's employees.

**<u>COUNTS 1-2</u>**

**Willful Failure to Account For and Pay Over Trust Fund Taxes**

11. Paragraphs 1 through 10 of the Information are re-alleged as if fully set forth herein.

12. LINVILLE was a person required to collect, account for on quarterly Forms 941, and pay over to the IRS on behalf of Malco the trust fund taxes imposed on its employees by the Internal Revenue Code.

13. On or about the dates listed in the table below, for each of the calendar quarters listed below, in the Western District of Arkansas and elsewhere, LINVILLE did willfully fail to truthfully account for and pay over the trust fund taxes due and owing to the IRS on behalf of the employees of Malco.

| Count | Calendar Quarter Ending | Due Date of Form 941 | Trust Fund Taxes Due and Owing |
|---|---|---|---|
| 1 | September 30, 2021 | October 31, 2021 | $53,170.51 |
| 2 | December 31, 2021 | January 31, 2022 | $56,927.28 |

All in violation of Title 26, United States Code, Section 7202.

DAVID CLAY FOWLKES
UNITED STATES ATTORNEY

By: /s/ Carly Marshall
Carly Marshall
Assistant United States Attorney
Arkansas Bar No. 2012173
414 Parker Avenue
Fort Smith, Arkansas 72901
(479) 783-5125
Carly.Marshall@usdoj.gov